# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

*UNITED STATES OF AMERICA*

*v.*

*JERRED MONTIJO and*
*BRANDY POOLE*

**CRIMINAL COMPLAINT**
(Redacted)

CASE NUMBER: MJ-25-04359-PCT-CDB

**SEALED**

I, the undersigned complainant, state under oath that the following is true and correct to the best of my knowledge and belief:

### COUNT 1

**On or about May 30, 2025, in Mohave County, in the District of Arizona, the defendants, JERRED MONTIJO and BRANDY POOLE, United States Postal Service employees, did embezzle a letter and mail which had been entrusted to the defendants, and which had come into defendants' possession and which had been intended to be conveyed by the mail, that is a letter and mail addressed to J.B. at an address on Carver Avenue in Kingman, Arizona, in violation of Title 18, United States Code, Sections 2 and 1709.**

I further state that I am a Special Agent with the United States Postal Service, Office of the Inspector General, and that this Complaint is based on the following facts: **SEE ATTACHED AFFIDAVIT.**

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

REVIEWED BY: */s AUSA Paul V. Stearns*

**Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct.**

Vienna Liu, Special Agent, USPS OIG
Complainant's Name and Title

X Sworn by Telephone

_____
Date/Time

Camille D. Bibles, U.S. Magistrate Judge
Name & Title of Judicial Office

_____ 8/20/25
Complainant's Signature     Date

Flagstaff, Arizona
City and State

Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2025.08.20 16:27:18 -07'00'

Signature of Judicial Officer

CC: **USM & PTS**

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**ELECTRONICALLY SUBMITTED AFFIDAVIT**

Your affiant, <u>Vienna Liu</u>, Special Agent for the U.S. Postal Service Office of Inspector General, Phoenix, Arizona, states under oath as follows:

1.      Your affiant, Vienna Liu, is a Special Agent with the U.S. Postal Service Office of Inspector General, Western Pacific Area Field Office, Phoenix, Arizona. As such, your affiant is an "investigative or law enforcement officer" of the United States empowered to conduct investigations and make arrests for offenses enumerated in Title 18, United States Code, Chapter 83. Your affiant's duties are to investigate violations of postal laws, including but not limited to Financial Fraud, Identity Theft, and the Theft and Possession of U.S. Mail. Your affiant has participated in many investigations to include Mail Theft, Obstruction of Mails, and Misappropriation of Postal Funds by Postal Service Employees.

2.      The facts set forth in this affidavit are based upon your affiant's observations, training, experience, and information obtained from other law enforcement agents and investigators, including those described below. This affidavit is made for the sole purpose of demonstrating probable cause, and it does not purport to set forth all of your affiant's knowledge of this investigation.

**Introduction**

3.      This case involves the theft and obstruction of U.S. Mail and/or property in violation of 18 U.S.C. §§ 1709, 1707, 1703(b), and 1701. In summary,

1

your affiant believes that there is probable cause to support that U.S. Postal Service Highway Contract Carriers JERRED MONTIJO ("MONTIJO") and BRANDY LYNN POOLE ("POOLE") stole and obstructed U.S. Mail that they should have delivered while they were serving as contract carriers for the Kingman, Arizona, Post Office.  Some of this stolen mail is believed to be inside their residence in Kingman, Arizona. It is also believed that mail is being delayed and kept inside MONTIJO and/or POOLE's motor vehicles parked at their residence in Kingman, Arizona.

4.     Your affiant seeks arrest warrants for MONTIJO and POOLE and a search warrant to search the premises located at 3021 E. CARVER AVE., KINGMAN, AZ 86409, which is in the District of Arizona (the "Target Residence"). The residents/occupants of the Target Residence are MONTIJO and POOLE. This affidavit is submitted in support of a search warrant to search the entire premises for instrumentalities, fruits, and evidence of the following violations: 18 U.S.C. § 1709 – (Theft of mail matter by officer or employee); 18 U.S.C. § 1707 – (Theft of property used by Postal Service); 18 U.S.C. § 1703(b) - (Delay or Destruction of mail or newspapers); and 18 U.S.C. § 1701 – (Obstruction of Mail).  The Target Residence is more particularly described in Attachment A.    The things to be searched for and seized are particularly described in Attachment B.

## Investigation/Probable cause

5.      On June 2, 2025, your affiant received information from Postmaster Joshua Edwards ("PM Edwards"), Kingman Post Office, Kingman, AZ.   PM Edwards reported that a USPS customer, Y.K., turned over nine black garbage bags full of undelivered and rifled U.S. Mail to the Kingman Post Office.  Y.K. provided a statement to PM Edwards on how she came upon the mail. In Y.K.'s statement, she wrote that on Friday, May 30, 2025, MONTIJO and POOLE traveled to Y.K.'s residence with nine black 30-gallon generic brand heavy duty trash bags, which MONTIJO and POOLE asked Y.K. to "get rid of and burn as soon as possible." Y.K. stated she opened one of the trash bags and discovered U.S. mail inside.

6.      On June 3, 2025, your affiant created and sent a USPS-OIG greeting card to an address within MONTIJO and POOLE's route. The greeting card is blue in color, addressed to Mr. and Mrs. Williams at 265 E. Carver Ave., Kingman AZ 86409, and it was enclosed with a Walmart gift card ending in 3456. The greeting card was addressed to a fictitious address (i.e., that does not exist); therefore, the card should have been returned to sender. The greeting card has not been located and has not been returned to sender as of this date.

7.      On June 4, 2025, your affiant traveled to Kingman, AZ, and met with PM Edwards. Your affiant reviewed the U.S. Mail contained in the trash bags and determined the U.S. Mail belonged on Kingman Highway Contract Route H045. Much of the mail was still bundled.  PM Edwards provided documentation to your

affiant that confirmed Route H045 belonged to MONTIJO and POOLE, and that MONTIJO and POOLE have had sole responsibility of the route since November 2021. PM Edwards additionally provided your affiant historical complaints lodged against MONTIJO and POOLE. One such complaint detailed a customer witnessing MONTIJO and POOLE bringing trolleys full of U.S. Mail inside the Target Residence in June 2024.

8.      On June 4, 2025, your affiant spoke with Bullhead City Postmaster Jennifer Parkes ("PM Parkes") regarding a complaint she received from a customer in Kingman, AZ. PM Parkes stated USPS customer D.B. called PM Parkes to inquire about a package that was sent to D.B.'s son. The package was scanned "held at post office at customer request" on May 20, 2025, but could not be located at the post office when D.B.'s son went to pick it up. Your affiant reviewed the tracking information provided, which revealed the package was scanned at the Target Residence. The package contained gift cards, but D.B. could not recall the details about them.

9.      On June 5, 2025, your affiant drove by the Target Residence and noted a red Dodge Caravan and a red Dodge Nitro parked within the curtilage at the Target Residence. Your affiant confirmed with PM Edwards that the USPS does not supply contract carriers with USPS vehicles, and that MONTIJO and POOLE pick up and deliver U.S. Mail in their personal vehicles. Your affiant confirmed with PM Edwards and Rhodes, the Arizona Department of Safety – Counter Terrorism

Information Center, and through surveillance the following:

    a.    MONTIJO owned and typically drives the Dodge Caravan.

    b.    POOLE owned and typically drives the Dodge Nitro.

    c.    MONTIJO picks up the daily mail at the post office in the mornings and then drives to the Target Residence to split and distribute the mail with POOLE in the Target Residence parking area.

    d.    MONTIJO leaves for the route while POOLE stays at the Target Residence with some of the daily mail in the Dodge Nitro.

10. On June 5, 2025, PM Edwards placed two USPS-OIG greeting cards created by your affiant inside MONTIJO and POOLE's daily mail to be delivered. The greeting cards are described as follows:

    a.    A white greeting card addressed to Norman Power at 40075 N. Benton St., Kingman AZ 86409, which included a Walmart gift card ending in 5308.

    b.    A blue greeting card addressed to Kelly Miller at 260 E. McVicar Ave., Kingman AZ 86409, which included a Walmart gift card ending in 3645.

    c.    Both greeting cards were addressed to fictious addresses; therefore, they should have been returned to sender. The greeting cards have not been located and have not been returned to sender

as of this date.

11.    On June 9, 2025, your affiant spoke with D.B., who stated he had been in contact with the recipient, his son, and relayed to your affiant that neither he nor his son requested his package be held at the post office. D.B. stated he sent gift cards to his son with the receipt inside the package. D.B. did not take photographs of the receipt or the gift card before sending the package. D.B. notified your affiant that the package had not been located nor delivered as of this date.

12.    On June 23, 2025, your affiant received information from Kingman Post Office Supervisor Joshua Rhodes ("Rhodes") regarding an additional nine black 30-gallon trash bags full of U.S. Mail that were turned over by Y.K.. Y.K. provided a statement to Rhodes stating that MONTIJO and POOLE called Y.K. to get rid of the trash bags on Saturday, June 21, 2025.

13.    On June 24, 2025, your affiant traveled to Kingman and met with Rhodes. Your affiant reviewed the U.S. Mail contained in the trash bags and determined the U.S. Mail belonged on Route H045. D.B.'s package and your affiant's greeting cards were not located inside these trash bags; therefore, it is reasonable to infer that the mail pieces remain in MONTIJO and POOLE's possession.

14.    As of August 1, 2025, 18 trash bags with approximately 7,000 pieces of U.S. Mail have been recovered, to include First Class Mail. Approximately 214 pieces were opened or rifled, and approximately 157 pieces were election mail for

the year 2022. Most rifled mail pieces were greeting cards with no cash, gift cards, or checks found inside. A description of a select few pieces of U.S. Mail discovered inside the 18 trash bags are as follows:

a.    A rifled brown greeting card addressed to J.B. at an address on Carver Ave., Kingman AZ 86409 from a person at an address on S. Saltwater Dr., Tucson AZ 85757. The contents (if any) within the greeting card are missing.

b.    A rifled white greeting card addressed to L and D at an address on McVicar, Kingman AZ 86409 from L.B. at an address on E. Packard Ave., Kingman AZ 86409. The contents (if any) within the greeting card are missing.

c.    A bundle of seven first-class postage paid People's magazines wrapped in an unopened plastic casing. The customer of the first magazine is addressed to is G.S. at an address on E. Jagerson Ave., Kingman AZ 86409.

d.    A bundle of 11 first-class postage paid magazines to include Veranda, Cosmopolitan, and Red Bull. The magazines are wrapped in an unopened plastic casing and secured together with poly cord strapping. The customer of the first magazine is addressed to is M.K. at an address on College Trails Dr., Kingman AZ 86409.

7

     e.      A loose check made payable to Cerbat Guest Home for $4,675.00 from W.M.K. at Post Office box in Chloride AZ 86431.

15.    On July 6, 2025, USPS-OIG Technical Operations Officer Gerry Dupuis installed a covert surveillance camera on a utility pole overlooking the Target Residence. The purpose of the camera was to observe and capture MONTIJO and POOLE stealing U.S. Mail and bringing the mail from the Dodge Caravan and Dodge Nitro inside the Target Residence. From July 6, 2025, to present, your affiant reviewed footage from the surveillance video recordings. Below are three examples of activity captured on such viewings:

     a.      On July 10, 2025, at approximately 10:02 AM, MONTIJO picked up a tray of U.S. Mail from the Dodge Caravan and brought it inside the Target Residence. At 10:03 AM, MONTIJO exited the Target Residence without the tray of mail.

     b.      On July 15, 2025, at approximately 9:42 AM, POOLE retrieved a tray full of colorful envelopes from the Dodge Nitro and brought the tray of mail inside the Target Residence. At approximately 10:15 AM, POOLE exited the Target Residence without the tray of mail.

     c.      On August 13, 2025, at approximately 8:45 AM, POOLE retrieved a bin of U.S. Mail from the Dodge Nitro and brought the bin inside the Target Residence. At approximately 9:42 AM,

POOLE exited the Target Residence and drove away without the bin of mail. At approximately 9:54 AM, POOLE returned to the Target Residence and brought a tray with packages inside the Target Residence.

16.     As part of your affiant's investigation, your affiant ran the license plates for the Dodge Carvan and Dodge Nitro on June 6, 2025.   Both vehicles were registered to MONTIJO and POOLE. MONTIJO is described as a 6'2 white male weighing 290 pounds with brown hair and brown eyes. POOLE is described as a 5'9 white female weighing 180 pounds with brown hair and blue eyes. The address listed with the registrations of the vehicles is the Target Residence, 3021 E. Carver Ave., Kingman AZ 86409.

17.     As part of your affiant's investigation, your affiant conducted a law enforcement database check to determine who owns and/or resides at the Target Residence. The law enforcement database check indicated that the Target Residence was bought in August 2021 by Jamileh Odeh ("Odeh") and has been leased to MONTIJO and POOLE since April 2022. MONTIJO and POOLE are the current and only individuals residing at the address. A supplementary database check indicated Odeh currently resided on Silver Street in Kingman.

18.     On August 14, 2025, PM Edwards forwarded an email to your affiant stating USPS headquarters, command center, notified PM Edwards that MONTIJO and POOLE's route, H045, had reached the national spotlight for daily mail delivery

issues reported over the last seven days. As of this date, there continues to be a large volume of complaints about Route H045 as indicated in the forwarded email. Therefore, it is believed that MONTIJO and POOLE continue to keep mail in their possession.

## Things to be Searched for and Seized

19.    Your affiant is seeking a search warrant for the Target Residence to include any vehicles belonging to MONTIJO and POOLE that are present at the premises/Target Residence at the time of the execution of the search warrant. The purpose is to search for and seize: any U.S. Mail not addressed to MONTIJO and/or POOLE; any bundles of U.S. Mail; any U.S. Postal Service property (e.g., bins, trays, totes, and other containers); any gift cards and/or greeting cards that are not addressed to MONTIJO and/or POOLE or with other persons' names on them;[1] any cash (U.S. currency) in close proximity to any U.S. Mail not belonging to MONTIJO and/or POOLE[2]; any checks and/or money orders not written to MONTIJO and/or POOLE; and any trolleys used to transport mail, and any 30-gallon black trash bags.

20.    Your affiant is also seeking indicia of occupancy and/or use of the Target Residence and/or the vehicles belonging to MONTIJO and/or POOLE

---

[1] Based on your affiant's training and experience, many times gift cards (as well as gift cards) have a person's name written on them.

[2] Based on your affiant's training and experience, it is common to see cash with gift cards for various occasions (e.g., birthday, Christmas, graduation, marriage). Common denominations include $5 bills through $100 bills.

located at the premises and/or in the vehicles during the execution of the search warrant. Based on your affiant's training and experience, it is known that indicia of occupancy and/or use is important in a criminal case. Such information may establish or help establish possession or control of the premises, knowledge, and/or intent. Based on your affiant's training and experience, indicia of occupancy and/or use includes such things as: mail (*e.g.*, bills) showing a person's name and/or address (i.e., not the stolen mail); lease or rental documents; identification cards; and anything with MONTIJO and POOLE's name, address, and/or likeness (photographs) on it.

21.    The things to be searched for and seized are further described with particularity in Attachment B.

## Conclusion

22.    Based on the investigation to date, your affiant submits that there is probable cause to believe that there is evidence of violations of 18 U.S.C. §§ 1709, 1707, 1703(b), and 1701, including stolen and/obstructed U.S. Mail, in the Target Residence described in Attachment A.

23.    Your affiant respectfully requests a search warrant for the Target Residence (including MONTIJO and POOLE's vehicles) to search for and seize the things particularly described in Attachment B.

/////////////

24.    Your affiant further requests arrest warrants for MONTIJO and POOLE

for violations of 18 U.S.C. § 1709.

**Pursuant to 28 U.S.C. § 1746(2), I declare the foregoing is true and correct to best of my knowledge.**

Executed on:  August 20, 2025    _____

Vienna Liu, Special Agent
US Postal Service OIG


___X___ Sworn by Telephone

# Camille D. Bibles

Digitally signed by Camille D. Bibles
Date: 2025.08.20 16:26:36 -07'00'

CAMILLE D. BIBLES                Date/Time
United States Magistrate Judge

## <u>ATTACHMENT A – PLACE/THINGS TO BE SEARCHED</u>

**Address:**    **3021 E. Carver Ave., Kingman, AZ 86409**

**Location/Premises:**  The Target Residence is located in the city of Kingman in the District of Arizona.  It is the third residence east of the intersection of N. Bank St. and E. Carver Ave.

**Description:** The Target Residence is a one-story, single-family detached house set back approximately 10-20 feet from the street, with a right-side driveway and carport. The Target Residence is cream in color with a tan trim.  The numbers 3021 are clearly visible to the left of the front entrance.  The roofing is gray asphalt shingles.  There is a concrete driveway that proceeds to a carport on the right side of the residence, covered by a blue tarp.  The driveway is currently occupied with a swimming pool. The curtilage/yard is defined by a wooden fence.

The place/things to be searched will include any motor vehicles parked at the premises, within the curtilage/yard/driveway (as depicted below), belonging and/or registered to JERRED MONTIJO and/or BRANDY LYNN POOLE, including a 2010, red 4-door Dodge Grand Caravan, displaying AZ license plate NJA9GG, and a 2007 red 4-door Dodge Nitro displaying AZ license plate 6MA7XJ.  Such search shall include containers of any kind within the vehicles.  The place/things to be searched will also include any trash receptacles on or at the premises.

It is believed that there are two people living at the Target Residence, JERRED MONTIJO and/or BRANDY LYNN POOLE. JERRED MONTIJO is a white male with brown hair and brown eyes, and he weighs approximately 290 lbs.  BRANDY LYNN POOLE is a white female with brown hair and blue eyes, and she weighs approximately 180 lbs.  One German Shepherd dog is also believed to reside inside and/or at the residence.

**Photographs:**  See attached below.

1







# ATTACHMENT B – THINGS TO BE SEARCHED FOR AND SEIZED

The "Target Residence" (as described in Attachment A) will be searched for evidence concerning/relating to violations of 18 U.S.C. § 1709 – (Theft of mail matter by officer or employee); 18 U.S.C. § 1707 – (Theft of property used by Postal Service); 18 U.S.C. § 1703(b) - (Delay or Destruction of mail or newspapers); and 18 U.S.C. § 1701 – (Obstruction of Mail), including specifically the following things:

1.      Any U.S. Mail not addressed to JERRED MONTIJO ("MONTIJO") and BRANDY LYNN POOLE ("POOLE") (or anyone else found to be living at the Target Residence).

2.      Any bundles of U.S. Mail (i.e., not addressed to MONTIJO and/or POOLE).

3.      An envelope and/or card addressed to Mr. and Mrs. Williams at 265 E. Carver Ave., Kingman AZ 86409.

4.      A white greeting card addressed to Norman Power at 40075 N. Benton St., Kingman AZ 86409.

5.      A blue greeting card addressed to Kelly Miller at 260 E. McVicar Ave., Kingman AZ 86409.

6.      Walmart gift card(s) ending in numbers 3456, 3645, or 5308, and/or any receipts evidencing its/their use.

1

7.    Any gift cards and/or greeting cards that are not addressed to MONTIJO and/or POOLE and/or with other persons' names on them.

8.    Any checks and/or money orders not written to MONTIJO and/or POOLE.

9.    Any U.S. Postal Service property (e.g., bins, trays, totes, and other containers).

10.    Any cash (U.S. currency) in close proximity to any U.S. Mail not belonging to MONTIJO and/or POOLE.

11.    Any trolleys used to transport mail.

12.    Any 30-gallon black trash bags.

13.    Indicia of ownership, occupancy, and/or use of the Target Residence described in Attachment A by MONTIJO and/or POOLE, including: mail (*e.g.*, bills) showing a person's address; ownership documents such as deeds, tax documents, or bills of sale; leases or rental documents; identification cards/driver's licenses within the Target Residence belonging to MONTIJO or POOLE; and photographs of the owners and/or occupants (MONTIJO and/or POOLE) at or within the Target Residence.  (Some of the indicia, such as identification cards and/or driver's license, will be photographed to the extent located.)

14.    Photographs and measurements of the Target Residence, vehicles located at the premises, and/or the things located therein and/or seized.